**Brian P. Berson, Esq.**
California State Bar No. 130249
Law Offices of Brian P. Berson
235 Montgomery St., Suite 625
San Francisco, CA 94104
brian@bersonlaw.net
Telephone: (415) 788-2707
Facsimile: (415) 392-5275

Counsel for Defendant **JACQULINE HOEGEL**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 12-0111-EMC-2 |
| | ) |
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER TO CONTINUE HEARING** |
| vs. | ) **AND EXCLUDE SPEEDY TRIAL** |
| | ) **TIME** |
| JACQULINE HOEGEL. | ) |
| | ) |
| Defendant. | ) |
| | ) |

Counsel for the United States and counsel for Defendant Jacquline Hoegel agree and stipulate to the following: Time up until July 11, 2012, has been excluded previously under the Speedy Trial Act.  Defense counsel has been reviewing voluminous, complex discovery provided by the government, including more than 90,000 pages provided in electronic format, more than 200 boxes of seized evidence which the government has provided access to in its storage room, and more than 7 hard drives. In addition, this case involves at least 29 possible bank accounts at 14 different banks. Furthermore, the SEC conducted an investigation that led to Receivership and litigation related to these charges.  That investigation and litigation generated its own voluminous

1

documents. Moreover, logistical and technical issues have arisen regarding the format of electronic discovery and the massive task of copying discovery singled out by defense counsel from the U.S. Attorney's storage room.

The parties stipulate that this case has been properly designated – and should continue to be designated – as complex pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii) & (B)(iv). For the foregoing reasons, counsel below stipulate that the status hearing should be continued to September 19, 2012 for further status conference.

SO STIPULATED:

Date: July 9, 2012           _____//s//_____
                             BRIAN P. BERSON
                             ATTORNEY FOR JACQULINE HOEGEL

Date: July 9, 2012           _____//s//_____
                             TRACIE BROWN
                             ASSISTANT U.S. ATTORNEY

                        [~~PROP~~OSED] ORDER

Based on the foregoing, the Court orders the July 11, 2012 status hearing date to be VACATED and continued to September 19, 2012. The Court finds that failing to exclude the time between July 11, 2012 and September 19, 2012 would unreasonably deny the defendant and government continuity of counsel and would deny both counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §

3161(h)(7)(B)(iv). The Court further finds that, in light of the nature of the charges and the volume of discovery, the case is properly designated as complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii).  For all of the above reasons stipulated by counsel the Court finds that the ends of justice served by excluding the time between July 11, 2012 and September 19, 2012 from computation under the Speedy Trial Act outweigh the best interests of the public and Defendant Jacquline Hoegel in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between July 11, 2012 and September 19, 2012 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(ii) & (B)(iv).

SO ORDERED:

Date: 7/10/12  _____
                          CHEN

