**Brian P. Berson, Esq.**
California State Bar No. 130249
Law Offices of Brian P. Berson
235 Montgomery St., Suite 625
San Francisco, CA 94104
brian@bersonlaw.net
Telephone: (415) 788-2707
Facsimile: (415) 392-5275

Counsel for Defendant **JACQULINE HOEGEL**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 12-0111-EMC-2 |
| | ) |
| Plaintiff, | ) **STIPULATION AND [~~PROPOSED~~]** |
| | ) **ORDER TO CONTINUE HEARING** |
| vs. | ) **AND EXCLUDE SPEEDY TRIAL** |
| | ) **TIME** |
| JACQULINE HOEGEL. | ) |
| | ) |
| Defendant. | ) |
| | ) |

Counsel for the United States and counsel for Defendant Jacquline Hoegel agree and stipulate to the following: Time up until September 19, 2012, has been excluded previously under the Speedy Trial Act. Defense counsel has been reviewing voluminous, complex discovery provided by the government. The evidence in this case includes more than 90,000 pages provided in electronic format, more than 200 boxes of seized evidence which the government has provided access to in its storage room, and more than 7 hard drives and other electronic data. For logistical and technical reasons, much of this evidence has not yet been copied and much evidence that has been copied has not been rendered in a format that lends itself to defense review absent specialized

1

software. In addition, this case involves at least 29 possible bank accounts at 14 different banks. Furthermore, the SEC conducted an investigation that led to Receivership and litigation related to these charges. That investigation and litigation generated its own voluminous documents.

The parties stipulate that this case has been properly designated – and should continue to be designated – as complex pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii) & (B)(iv). For the foregoing reasons, counsel below stipulate that the status hearing should be continued to December 19, 2012 for further status conference.

SO STIPULATED:

Date: September 13, 2012              _____//s//_____
                                      BRIAN P. BERSON
                                      ATTORNEY FOR JACQULINE HOEGEL

Date: September 13, 2012              _____//s//_____
                                      TRACIE BROWN
                                      ASSISTANT U.S. ATTORNEY

## [PROPOSED] ORDER

Based on the foregoing, the Court orders the September 19, 2012 status hearing date to be VACATED and continued to December 19, 2012. The Court finds that failing to exclude the time between September 19, 2012 and December 19, 2012 would unreasonably deny the defendant and government continuity of counsel and would deny both counsel the reasonable time necessary for effective

2

preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that, in light of the nature of the charges and the volume of discovery, the case is properly designated as complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii).  For all of the above reasons stipulated by counsel the Court finds that the ends of justice served by excluding the time between September 19, 2012 and December 19, 2012 from computation under the Speedy Trial Act outweigh the best interests of the public and Defendant Jacquline Hoegel in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between September 19, 2012 and December 19, 2012 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(ii) & (B)(iv).

SO ORDERED:

Date:_____  September 17, 2012                          _____
                                                                EDWARD M. CHEN

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*