1  **Brian P. Berson, Esq.**
   California State Bar No. 130249
2  Law Offices of Brian P. Berson
   235 Montgomery St., Suite 625
3  San Francisco, CA 94104
   brian@bersonlaw.net
4  Telephone: (415) 788-2707
   Facsimile: (415) 392-5275
5
6  Counsel for Defendant **JACQULINE HOEGEL**

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,          ) NO. CR 12-0111-EMC-2
11                                     )
                          Plaintiff,   ) **STIPULATION AND [~~PROPOSED~~]**
12                                     ) **ORDER TO WAIVE DEFENDANT'S**
                                       ) **APPEARANCE**
13 JACQULINE HOEGEL.                   )
14                                     )
                          Defendant.   )
15  _____   )

16
17      Based on defense counsel's representation that he has been
18
   in regular contact with Defendant Hoegel, that the nature of the
19
   scheduled February 6, 2013 hearing has been discussed with her,
20
   that both parties will be seeking a several month continuance
21
   based on complexity of the case and AUSA Brown's impending
22
23 maternity leave, and that Ms. Hoegel would prefer not to attend
24 the hearing unless the Court requires, counsel for the United
25 States and counsel for Defendant Jacquline Hoegel agree and
26 stipulate that Defendant Hoegel's appearance at the status hearing
27 on February 6, 2013 is unnecessary and may be waived, should the
28 Court permit.
29

                                    1

SO STIPULATED:


Date: January 24, 2013                    _____//s//_____
                                          BRIAN P. BERSON
                                          ATTORNEY FOR JACQULINE HOEGEL


Date: January 24, 2013                    _____//s//_____
                                          TRACIE BROWN
                                          ASSISTANT U.S. ATTORNEY




                          **[PROPOSED] ORDER**

     Based on the foregoing, the Court waives the appearance of

Defendant Jacquline Hoegel at the February 6, 2013 status hearing.

However, defense counsel shall notify Ms. Hoegel of the next

scheduled court date, which she will be required to attend unless

the Court orders otherwise in the future.


SO ORDERED:

              1/25/13
Date:_____            _____
                                 IT IS SO ORDERED
                                 UN_____ M. CHEN
                                 UN_____T JUDGE
                                 Judge Edward M. Chen

                                 UNITED STATES DISTRICT COURT
                                 NORTHERN DISTRICT OF CALIFORNIA