**Brian P. Berson, Esq.**
California State Bar No. 130249
Law Offices of Brian P. Berson
235 Montgomery St., Suite 625
San Francisco, CA 94104
brian@bersonlaw.net
Telephone: (415) 788-2707
Facsimile: (415) 392-5275

Counsel for Defendant, **JACQULINE HOEGEL**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-12-0111-EMC |
| | ) |
| Plaintiff, | ) **[PROPOSED]** |
| | ) **ORDER TO EXONERATE BOND** |
| vs. | ) |
| | ) |
| JACQULINE HOEGEL, | ) |
| | ) |
| Defendant | ) |

All charges having been dismissed in this case, IT IS HEREBY ORDERED that all bond posted in this case be EXONERATED. The clerk of court is directed to return any security for bail posted on the defendant's behalf.

SO ORDERED:


Date: December 17, 2013



Judge Nathanael M. Cousins
GRANTED