WOLF, PENNELLA & STEVENS, LLP
PAUL DELANO WOLF, Bar No. 78624
ADAM PENNELLA, Bar No. 246260
JAMES R. STEVENS, Bar No. 286646
717 Washington Street, 2nd Floor
Oakland, CA 94607
Tel: (510) 451-4600
Fax: (510) 451-3002

Attorney for Defendant
WILLIAM WISE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR12-111 EMC |
|---|---|
| Plaintiff, | )     CR12-642 EMC |
| | ) |
| v. | ) **MOTION TO CONTINUE** |
| | ) **RESTITUTION HEARING** |
| WILLIAM WISE, | ) |
| | ) Date: 7/22/15 |
| | ) Time: 2:30 p.m. |
| Defendant. | ) Judge: Hon. Edward M. Chen |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on July 22, 2015 at 2:30 p.m. before the Honorable Edward M. Chen, United States District Judge of the Northern District of California, in the above-entitled court located at 450 Golden Gate Avenue, San Francisco, California 94102, defendant WILLIAM WISE will move the Court under the Due Process Clause and the Sixth Amendment to the Constitution for a continuance of the restitution hearing currently set for July 22, 2015 to the first week

– 1 –

of September in order to allow defense counsel to fully analyze the government's restitution request in this case.

The Motion is based on this Notice, the Memorandum of Points and Authorities, the Declaration of James R. Stevens, the file of this case, and such further arguments, authorities, and evidence as may be presented to the Court at or before the hearing on this motion.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**ARGUMENT**

A continuance is appropriate if it is "specifically limited in time," and justified on the record "with reference to the facts as of the time the delay is ordered." *United States v. Lloyd*, 125 F.3d 1263, 1268 (9th Cir. 1997). While *Lloyd* concerns a continuance under the Speedy Trial Act, which is not at issue here, the general principle should apply.

In this case, defense counsel is asking for an approximately five-week continuance. While the parties' requested by stipulation and have been granted continuances in the past, the defendant has recently given defense counsel new instructions as to how to proceed in this matter. As soon as those instructions were given, undersigned counsel requested that the government produce the documentation underlying its restitution analysis. When that request was made on July 1, 2015, government counsel informed undersigned counsel that all of the documentation had already been provided. Defense counsel then began an analysis of over 9,000 checks that had been provided in discovery. Earlier this week, government counsel stated the

1  documents had not been turned over and will be provided as soon as
2  possible.  Undersigned counsel has yet to receive those documents.
3  A continuance is appropriate so that defense counsel can conduct an
4  analysis of the government's restitution request.

5  **CONCLUSION**

6  For the forgoing reasons, and based on the record herein, the
7  defense respectfully requests a continuance of trial date by a period
8  of two months to allow adequate time for preparation of the defense.

10 DATED: July 8, 2015                Respectfully submitted,

12                                    ___/s/_____
                                      James R. Stevens
13                                    Paul Delano Wolf
                                      Attorneys for Defendant
14                                    WILLIAM WISE